UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| USAA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:16-cv-282 |
| | ) |
| MICHAEL BRUNTON, ERIC BRUNTON, | ) |
| ALEX BRUNTON and THOMAS | ) |
| ROBERT GRAY, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF USAA LIFE INSURANCE COMPANY'S
## MOTION TO INTERPLEAD FUNDS

Plaintiff, USAA Life Insurance Company ("USAA Life"), by counsel, and pursuant to Federal Rule of Civil Procedure 67, files this Motion to Interplead Funds, seeking an entry of an Order authorizing USAA Life to interplead the life insurance proceeds from a life insurance policy with USAA Life with the Clerk of the United States District Court, Southern District of Indiana, Indianapolis Division, and in support of said Motion states as follows:

1. On February 2, 2016, USAA Life filed its Complaint for Interpleader, seeking to submit the insurance proceeds from the life insurance policy with USAA Life to the Clerk of the United States District Court, Southern District, Indianapolis Division, to be held for the benefit of the parties to this interpleader until the Court makes a determination as to how the insurance proceeds shall be disbursed.

2. On or about April 18, 2005, now deceased Nancy Brunton applied for and eventually was issued a Level Term Series III Life Insurance Policy with USAA Life, Policy No. xxxxxx8291 (hereinafter the "Policy").

3. Pursuant to the Policy, in the event of Nancy Brunton's death while insured under the Policy, USAA Life promised to pay to the beneficiary the death benefits, which is calculated to total $500,000 plus interest accruing at the rate of 2%.

4. When the Policy was issued, no beneficiary was listed under the Policy.

5. On or about June 30, 2005, USAA Life received a letter signed by Nancy Brunton designating Michael B. Brunton and Nancy A. Brunton, Trustees under the Brunton Family Trust as the primary beneficiary under the Policy.

6. On or about November 18, 2014, Nancy Brunton changed the primary beneficiary to her adult children, Eric Brunton and Alex Brunton, equally. This change of beneficiary was made by telephone.

7. On or about April 21, 2015, USAA Life received a billing statement dated April 15, 2015 from Nancy Brunton with handwritten notes to change the beneficiary of the Policy to Thomas Robert Gray, the brother of Nancy Brunton.

8. On or about May 19, 2015, USAA Life sent a letter to Nancy Brunton with a blank form for a beneficiary change. This letter was sent in response to the handwritten note on the billing statement. The beneficiary change form was not returned.

9. Upon information and belief, Nancy Brunton died on July 27, 2015.

10. Prior to Nancy Brunton's death, USAA Life learned of possible fraudulent activity relating Nancy Brunton's account and also pending divorce proceedings between Nancy Brunton and Defendant Michael Brunton.

11. After Ms. Brunton's death, Defendants have presented competing claims to USAA Life for payment of the insurance proceeds.

12. USAA Life admits that the beneficiary of the Policy is entitled to payment of insurance proceeds from the Policy.

13. However, there remains a dispute as to which claimant(s) is entitled to insurance benefits. Accordingly, USAA Life cannot disburse the insurance proceeds except under the direction of the Court without assuming the risk of multiple liability for such payments.

14. USAA Life is willing to remit the insurance proceeds from the Policy to the Clerk of the United States District Court, Southern District, Indianapolis Division, to be held for the benefit of the parties to this interpleader until the Court makes a determination as to how the insurance proceeds shall be disbursed.

15. Under Federal Rule of Civil Procedure 67, "[i]f any part of the relief sought is a money judgment or the disposition of a sum of money," the court may allow a party to "deposit with the court all or part of the money." Fed.R.Civ.P. 67(a). The purpose of Rule 67 is to "relieve the depositor of responsibility for a disputed fund while the parties litigate its ownership." *Engineered Med. Sys., Inc. v. Despotis, M.D.,* 2006 WL 1005024, at *2 (S.D.Ind. Apr.14, 2006); *LTV Corp. v. Gulf States Steel, Inc. of Alabama,* 969 F.2d 1050, 1063 (D.C.Cir.1992) (Rule 67 "provides a place of safekeeping for disputed funds pending the resolution of a legal dispute"). District courts have broad discretion to allow such a deposit. *Engineered Medical,* 2006 WL 1005024, at *2-3.

16. In order to effectuate the relief sought in the Complaint and in accordance with Federal Rule 67, USAA Life is required to obtain leave of this Court to deposit the insurance proceeds with the Court pending disposition of this action. A dispute may exist concerning entitlement to the insurance proceeds and USAA Life claims no interest in said funds. The

interests of all parties are best served if the insurance proceeds are deposited with this Court so that the potential claimants may resolve any competing claims.

17.     Upon entry of an Order in accordance with Federal Rule of Civil Procedure 67, USAA Life proposes to deposit the life insurance proceeds in the Court registry.  USAA Life is ready to deposit such proceeds as so directed, and thereby discharge its obligations with respect to the insurance proceeds.

WHEREFORE, Plaintiff, USAA Life Insurance Company, by counsel and in accordance with Federal Rule of Civil Procedure 67, respectfully requests entry of an Order authorizing USAA Life to deposit into the Court registry the life insurance proceeds from the life insurance policy, calculated at the contractual interest rate from the date of death to the date of the Court Order, and for all other and further relief as this Court deems proper.

Dated:  February 2, 2016                     Respectfully submitted,

                                             */s/ Anna M. Mallon*
                                             Anna M. Mallon, #23693-49A

                                             *Attorney for Defendant, USAA Life*
                                             *Insurance Company*

CANTRELL, STRENSKI & MEHRINGER, LLP
150 West Market Street, Suite 800
Indianapolis, IN 46204
Telephone:     (317) 352-3500
Fax:           (317) 352-3501
Email:         amallon@csmlawfirm.com