UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| USAA LIFE INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  No. 1:16-cv-00282-JMS-DKL ) |
| MICHAEL BRUNTON,<br>ERIC BRUNTON,<br>ALEX BRUNTON,<br>THOMAS ROBERT GRAY, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER TO SHOW CAUSE

In response to Defendant Thomas Robert Gray's Motion to Transfer, which the Court has denied, Plaintiff USAA Life Insurance Company ("USAA") asks this Court to enjoin Mr. Gray from pursuing Cause No. 1:16-cv-01784 currently pending in the Northern District of Illinois. [Filing No. 28 at 7-8.] 28 U.S.C. § 2361 gives this Court the authority to do that by restraining all claimants from "instituting or prosecuting any proceeding in any State or United States court affecting the property, instrument or obligation involved in the interpleader action until further order of the court." USAA did not file that request as a separate motion, *see* Local Rule 7-1(a), and Mr. Gray did not directly address USAA's request in his reply, [Filing No. 34].

To ensure that Mr. Gray has an opportunity to be heard, he is **ORDERED TO SHOW CAUSE** by **May 27, 2016**, why this Court should not enjoin him from pursuing Cause No. 1:16-cv-01784 in the Northern District of Illinois pursuant to 28 U.S.C. § 2361. USAA is **ORDERED** to file a notice of this Order to Show Cause in Cause No. 1:16-cv-01784 **within three business days**.

Date: May 19, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via CM/ECF:**

Fred Anthony Paganelli
tony@tonypaganelli.com

Anna Muehling Mallon
CANTRELL STRENSKI & MEHRINGER, LLP
amallon@csmlawfirm.com

Keith D. Mundrick
CANTRELL STRENSKI & MEHRINGER, LLP
kmundrick@csmlawfirm.com

Daun Antoinette Weliever
LEWIS WAGNER LLP
dweliever@lewiswagner.com

Joseph Neal Bowling
LEWIS WAGNER LLP
nbowling@lewiswagner.com

Stephanie Lauren Grass
PAGANELLI LAW GROUP
stephanie@paganelligroup.com